LEONARD M. DESSEL AND ARLENE B. BOGEN, EXECUTORS UNDER THE LAST WILL AND TESTAMENT OF JOSEPH DESSEL, DECEASED, PLAINTIFFS-RESPONDENTS, v. JULIUS DESSEL, BENJAMIN DESSEL AND METUCHEN FOOD MARKET, INC., A CORPORATION OF NEW JERSEY, DEFENDANTS-APPELLANTS.

Argued January 8, 1973—Decided January 22, 1973.

*Mr. Richard F. Plechner* argued the cause for the appellants (*Mr. Robert G. Hampson,* on the brief).

*Mr. Roger H. McGlynn* argued the cause for the respondents (*Messrs. McGlynn, Stein & Eberiel,* attorneys).

PER CURIAM: The Appellate Division's judgment of reversal and remand is affirmed, essentially for the reasons set forth in its *per curiam* reported at 122 *N. J. Super.* 119 (1972).

*For affirmance*—Justices JACOBS, HALL and MOUNTAIN, and Judges CONFORD, SULLIVAN and LEWIS—6.

*For reversal*—None.